Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| RICHARD WELCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| ANCHORAGE POLICE DEPARTMENT, | ) |
| OFFICERS RIALTA, ARMSTRONG, | ) |
| DAVIDSON, KERLE, MITCHELL, | ) |
| VANDERVALK, HENIKMAN, COTTLE, | ) |
| B. CROSS, APD SUPERVISOR/DUTY | ) |
| OFFICER, APD TRAINING COORDINATOR, | ) |
| APD POLICE CHIEF MEW, and | ) |
| JOHN DOES I, II, III, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:11-CV-00223 SLG |

**NOTICE ATTACHING DRAFT FOR
STIPULATED MOTION AND PROTECTIVE ORDER**

The named Municipal defendants, through counsel, the Municipal Attorney's Office, attach as Exhibit "A" the draft "Joint Motion for Entry of Stipulated Protective Order; Stipulated Protective Order," which was sent to the plaintiff on July 13.

Counsel today received "Plaintiff's Objections to Defendants Proposed Protective Order." The Objections expand the scope of what plaintiff is requesting, yet he does not offer any proposed revisions, nor address specifics such as the names of the officers whose records he seeks. If agreement is not reached before August 13, defendants will then file a substantive Response to the Objections, as directed at Dkt. 47, ¶ D(3).

Counsel and the plaintiff spoke at some length by telephone this afternoon and he indicated he is working on getting one of a couple of attorneys appointed to represent him. He said he is reluctant to commit to any provisions of a Protective Order, or to offer any proposed language of his own while waiting to see if he can get counsel.

Respectfully submitted this 23rd day of July, 2012.

DENNIS A. WHEELER
Municipal Attorney

By: s/ Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 9306029

<u>Certificate of Service</u>
The undersigned hereby certifies that on 07/23/2012, a true
and correct copy of the *Notice of Attaching Draft for Stipulated
Motion and Protective Order* was served by mail on:

    Richard Welch
    2440 E. Tudor Road, #291
    Anchorage, AK  99507


by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 <u>/s/ Marie Weyers</u>
Marie Weyers, Legal Secretary
Municipal Attorney's Office