Joyce Weaver Johnson
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
(907) 343-4550 facsimile

Attorney for Defendants
Municipality of Anchorage

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHARD WELCH, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| MUNICIPALITY OF ANCHORAGE, ANCHORAGE POLICE DEPARTMENT, OFFICERS RIALTA, ARMSTRONG, DAVIDSON, KERLE, MITCHELL, VANDERVALK, HENIKMAN, COTTLE, B. CROSS, APD SUPERVISOR/DUTY OFFICER, APD TRAINING COORDINATOR, APD POLICE CHIEF MEW, and JOHN DOES I, II, III, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:11-CV-00223 SLG

## STIPULATION TO DISMISS

Plaintiff Richard Welch, *pro se*, and defendants Municipality of Anchorage (including its Anchorage Police Department) and named employee defendants, through counsel, the Municipal Attorney's Office, stipulate for the complete dismissal of this

action under Rule 41(a)(1)(B), Federal Rules of Civil Procedure. This dismissal is with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: 8/28/2012    By: /s/ Richard Welch
Richard Welch, Pro Se
2440 E. Tudor Rd., #291
Anchorage, AK 99507
(907) 764-2904

Dated: 8/28/2012    By: /s/ Joyce Weaver Johnson
Joyce Weaver Johnson
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org
Alaska Bar No. 9306029

Certificate of Service
The undersigned hereby certifies that on 8/28/12 a true and correct copy of the *Stipulation to Dismiss* was served by mail on:

Richard Welch
2440 E. Tudor Road, #291
Anchorage, AK 99507

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office